1

2

3

4

5

6          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8    ROBERT E. BURROW,

9                        Petitioner,          CASE NO. C17-1303-RSL-MAT

10        v.

11   RON FRAKER,                               ORDER GRANTING APPLICATION
                                               TO PROCEED IN FORMA PAUPERIS

12                       Respondent.

13

14        This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner submitted an

15   application seeking leave to proceed with this action *in forma pauperis* (IFP).  Petitioner's

16   application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application

17   to proceed IFP (Dkt. 4) is therefore GRANTED.  The Clerk is directed to file petitioner's petition

18   for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a

19   copy of this Order to petitioner.

20        DATED this 11th day of September, 2017.

21

22                                             _____
                                               Mary Alice Theiler
23                                             United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1