UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ROBERT E. BURROW,                       )
                                           )
                    Petitioner, )
         v.                               )
RON FRAKER,                                   )
                    Respondent. )
_____)

No. C17-1303RSL

ORDER DENYING MOTION FOR
EXTENSION OF TIME AS MOOT

This matter comes before the Court on petitioner's "Motion for Extension of Time." Dkt. # 15. The motion is dated December 13, 2017, and was apparently mailed to the wrong address before being resent and received by the Court on December 29, 2017. In the meantime, petitioner timely filed his objections to the Report and Recommendation. The request for an extension of time is therefore DENIED as moot.

Dated this 4th day of January, 2018.

                                /s/ Robert S. Lasnik
                                Robert S. Lasnik
                                United States District Judge